IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDDIE BAKER, JR.,

    Plaintiff,

v.

CAROL HOLINKA, P.D. SHANKS,
K.L. HIBBARD, JOHN A. JONES,
J. BRAKER and B. CUPP,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-533-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Eddie Baker, Jr. leave to proceed for his failure to state a claim for relief under federal law and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court                        3/6/12
                                                                            Date